UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14492-ROSENBERG/LYNCH

JANET HOYT,

    Plaintiff,

v.

KODI'S STEAK HOUSE IN HOBE
SOUND, INC., d/b/a Kodi's Steak House,
1220M, Inc.,

    Defendants.
_____/

## ORDER DISMISSING CASE

This cause is before the Court on the parties' Notice of Voluntary Dismissal with Prejudice [DE 10]. In light of that filing, it is

**ORDERED AND ADJUDGED**:

1. This action and all claims asserted herein are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

2. The Clerk of Court shall **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 27th day of January, 2017.

                                          ROBIN L. ROSENBERG
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record